```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 37941
    CYNTHIA WILSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-9799

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/13/2004 and was confirmed 12/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 01/28/2009.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID           PAID
--------------------------------------------------------------------------------
CHRYSLER FINANCIAL SVC A  SECURED           13710.00          1785.12        13710.00
CHRYSLER FINANCIAL SVC A  UNSECURED          4350.70              .00          435.07
CAPITAL ONE SERVICES      UNSECURED        NOT FILED              .00             .00
JOHNNY HEARNS             NOTICE ONLY      NOT FILED              .00             .00
PROVIDIAN                 NOTICE ONLY      NOT FILED              .00             .00
PARILLO WEISS & OHALLORA  NOTICE ONLY      NOT FILED              .00             .00
PATRICIA WADE             NOTICE ONLY      NOT FILED              .00             .00
RESURGENT ACQUISITION LL  UNSECURED          4589.39              .00          458.94
AT & T BANKRUPCTY         UNSECURED        NOT FILED              .00             .00
DAIMLER CHRYSLER SERVICE  UNSECURED         11133.77              .00         1113.38
LEGAL HELPERS PC          DEBTOR ATTY       2,003.00                          2,003.00
TOM VAUGHN                TRUSTEE                                             1,249.16
DEBTOR REFUND             REFUND                                                155.33

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              20,910.00

PRIORITY                                         .00
SECURED                                    13,710.00
    INTEREST                                1,785.12
UNSECURED                                   2,007.39
ADMINISTRATIVE                              2,003.00
TRUSTEE COMPENSATION                        1,249.16
DEBTOR REFUND                                 155.33
                    ---------------      ---------------
TOTALS               20,910.00             20,910.00
```

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 37941 CYNTHIA WILSON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE